**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02213-CMA-MEH

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

RONALD CAPURSO,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the Stipulation Of Confession of Judgment, Dismissal and Order Thereon Pursuant To Fed.R.Civ.P. 41(a)(1)(ii) (Doc. # 20), signed by all parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

DATED: February   19  , 2010.

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge